# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE
## (55 Pleasant Street, Room 110, Concord, NH 03301-3941)

|  |  |
|---|---|
| ) | |
| ) | |
| Presidential Candidate Number P60005535 ) | |
| "also known as" (aka) Ronald Satish Emrit, ) | |
| & Presidential Committee/Political Action ) | |
| Committee/Separate Segregated Fund (SSF) ) | |
| Number C00569897 d/b/a United ) | |
| Emrits of America ) | |
|     Plaintiffs (Pro Se) ) | |
| ) | C. A. No.: |
| v. ) | |
| ) | |
| Erin Burnett Outfront of Cable News ) | |
| Network (CNN) Perhaps "Madame President," ) | |
|  The Hypothetical Erin Burnett for President ) | |
| 2028 Campaign, Volodomyr Zelenskyy ) | |
| (President of Ukraine), ) | |
| Estate of Alexei Navalny, Maria Cherniavska ) | |
| of Warsaw, Poland, Darya Ignateva of Kyiv, ) | |
| Ukraine, Kateryna Olokoba of Kherson, ) | |
| Ukraine, International Court of Justice of the ) | |
| Hague, Netherlands, Rachel Barreiro Garcia ) | |
| (RBG) of Madrid, Spain, Estate of ) | |
| Ruth Bader Ginsburg (RBG), Sabine Aisha ) | |
| Jules of Fort Lauderdale, Florida, Yanick Rachel ) | |
| Emrit, Edna Carrasco of Panama City, Panama, ) | |
| Ana Gomez of Medellin, Colombia, ) | |
| Alina Alvarez of Madrid, Spain, Marena ) | |
| Linares of Tenerife in the Canary Islands, ) | |
| Adriana Francesca Lima of Salvador da Bahia, ) | |
| Brazil, ) | |

Defendants,                                    )
                                               )
                                               )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

COMES NOW, the plaintiff Ronald Satish Emrit, who is bringing forth this complaint for 0 dollars and only looking for the equitable remedy of an injunction and/or declaratory judgment pursuant to **Rules 65 and 57 of Federal Rules of Civil Procedure (FRCP)** regarding the commission of certain dignitary torts of defamation and false light of President Donald John Trump and William Jefferson Clinton for publishing false, libelous, and slanderous material about both William JeffersonClinton and Donald John trump as being friends and perhaps business partners or clients of Jeffrey Epstein and Ghislain Maxwell.  In bringing forth this complaint, the plaintiff states, avers, and alleges the following

## I.) NATURE OF THE CASE

1.) It is quite possible that self-described socialist and New York mayoral candidate **Zohran Mamdani (ZM) is connected to "Zoltar Speaks" (ZS) from the movie "Big" starring Tom Hanks and Elizabeth Perkins** from the 1980's in addition to Magruder High School in Gaithersburg, Maryland named after **Colonel Zadok Magruder (ZM)** whose name is substantially similar to Zohran Mamdani (ZM) and Trinidadian property law attorney Mandavi Tiwary connected to **Alien in the Wood (AITW)**, Amenhotep IV (Akhenaten), Tutankhamen, **Queen Hatshepsut, Nefertiti, Nefertari**, Erykah Badu (EB), Ouija Boards (OB), and the mythical phrase "Don't be Afraid of us" forming the acronym DBA/OU as in Ballou High School in SE Washington, DC by Anacostia.  Zoltar Speaks was like **"The Turk" playing chess with Napoleon Bonaparte.**

2.) To clarify, Zohran Mamdani (ZM) and Colonel Zadok Magruder (ZM) are also connected to **Zolfo Springs (ZS) and Wauchula as cities in Hardee County, Florida** adjacent to DeSoto County and perhaps Sarasota and Manatee Counties.

3.) As such, <u>Lake Wales, Florida (LW) in the central part of Florida is connected to Lech Walesa (LW) of Poland</u> and Maria Cherniavska of Warsaw, Poland (WP), The Washington Post, and the mythical **Priory of Sion** started by Pierre Plantard in France involving the **Da Vinci Code** and Opus Dei (OD) as part of the **Catholic Church/Vatican** which is an anagram Oedipus as in <u>Oedipus Rex involving Lyus, Jocasta and the Oedipus Complex</u> of fate and puppets on a string as in the Milky Way Galaxy is going to collide with nearby **Andromeda or Messier 31 forming peculiar galaxy** involving the combination of two supermassive black holes colliding at **active galactic nucleus (AGN)** in which one eye is the supermassive black hole of Andromeda while the other eye is the supermassive black hole of the Milky Way and the **third eye chakra (ajna) in Ayurvedic medicine** can see the end result of the collision of Milky Way and Andromeda perhaps forming an accretion disk and releasing **Gamma Ray Bursts, Hawking Radiation, and/or blackbody radiation** as entropy from black holes.

4.) As a friend of Dr. Stephen Hawking, <u>Dr. Kip Thorne won the Nobel Prize for his discovery of two colliding black holes perhaps at the LIGO interferometer at Louisiana or Washington state</u> although he probably discovered two black holes colliding millions or billions of years ago as the hypothetical graviton as quantum particle for gravitational force can not travel faster than the speed of light if those colliding black holes were millions or billions of light years away.

5.) While the plaintiff understands that every black hole in the universe is connected to a white hole in a parallel universe by a wormhole or

**Einstein-Rosen bridge,** it is not clear to the plaintiff whether or not the black holes at trillions of galaxies leads to the **same white hole in a parallel universe or to different white holes** as a physical location and/or coordinate system of a place before the Big Bang where all four forces are unified and not accessible from this universe without traversing the wormhole despite the **grandfather paradox** in traveling backwards in time according to special relativity and traveling faster than the speed of light as in tachyons and **Cherenkov Radiation** increasing mass and slowing down the perception of time.

6.) Nevertheless, the three defendants (like God the Father, The Son (Jesus Christ), and The Holy Spirit) Adriana Francesca Lima (AFL), Maria Cherniavska (MC), and Rachel Barreiro Garcia (RBG) in a ghostlike and paranormal manner remind the plaintiff of **"Helen of Troy"** from the movie starring Brad Pitt (Achilles) and Eric Bana (Hector) but also of **Rachel MacAdams in the movie Time Traveler's Wife.** In addition, the defendant Erin Burnett reminds the plaintiff of the Gnostic Sofia from **Valentinian Gnosticism (VG)** and neo-soul recording artist Vivian Green (VG) of Philadelphia connected to Verizon Fios because **Sofi (like the bank) is an anagram of Fios.** In the year 2007, the plaintiff provided a copy of his **CD "Unleash the Beast"** to deejay **Aaron Couch (AC) from Chapel Hill, North Carolina** in Bethesda, Maryland in which the name Aaron Couch is somehow connected to Aaron Burr as vice president for Thomas Jefferson and Erin Burnett because **"Aaron" is a homonym of "Erin"** in addition to USA attorney Erin Creegan of New Hampshire and Magistrate Judge Erin Wilder-Doomes of Baton Rouge, Louisiana and Erin Dooley of USA attorney's office in Texas.

7.) Pursuant to **Rule 201 of Federal Rules of Evidence (FRE),** the court should take judicial notice that the plaintiff briefly worked for Verizon at Bowie

Town Center where he would market Verizon V-Cast cell phones in which his album **"Unleash the Bast"** was on **Verizon V-Cast.**

8.) Nevertheless, **Aaron Burr (AB) was the name of the famous vice president to Thomas Jefferson** who was involved with a dispute with John Adams and The Federalists which led to the landmark case of ***William Marbury v. James Madison*** in 1803 in which Chief Justice John Marshall established the doctrine of judicial review allowing **Article III courts** to examine the constitutionality of the other two branches of the government **(legislative/executive)** but not the other way around. On that note, the plaintiff compares the present cause of action or present case at bar the to the landmark case of ***Bush v. Gore*** which reached the Florida Supreme Court in the year 2000 before reaching the United States Supreme Court at **One First Street, NE Washington, DC 20543.**

9.) With that being said, the plaintiff wishes that the defendant Erin Burnett of CNN would hurry up and run for president in 2028 so that the plaintiff can get back to his amazing music career in which he has won awards from **American Idol Underground** (Fluid Audio Networks), **John Lennon Songwriting Competition (JLSC)** through Sonicbids in 2007, and **Billboard R&B/Hip Hop content in Atlanta, Georgia** in 2007 after communicating with Dave Moser of The Hollywood Reporter, Lisa DiAntonio of Billboard Magazine, and Charles Perez of Nielsen which now has Guggenheim Partners and Pluribus Capital as the parent corporation.

https://jlsc.com/winners/2007a/hms.php
https://www.pacermonitor.com/public/case/58958433/Emrit_v_Radio_One_et_al

10.) While everybody is complaining about **Elon Musk, Sean Combs, and The Grammy Awards** (Neil Portnow, Deborah Dugan, and The Weeknd

about racism and chauvinism) in America, nobody is complaining about the plaintiff's lawsuits against Elon Musk and Sean Combs because nobody likes Elon Musk and Sean Combs.

11.)   The plaintiff has filed this lawsuit against **Erin Burnett for referring to Riley Curry as being annoying which is a racist comment about a black girl by a white journalist** as she is now almost a grown woman as the daughter of Steph and Ayeshia Curry of whom the plaintiff is a fan of the Splash Brothers Steph Curry and Klay Thompson of Golden State Warriors

12.)   These weblinks from Facebook prove that the plaintiff's father Ronald Cephas Emrit won many awards from the **Nuclear Regulatory Commission (NRC) off of Rockville Pike in Rockville, Maryland** for his work and service in the early 1990's.

https://www.facebook.com/photo.php?fbid=815702544258688&set=pb.100
074568485970.-2207520000&type=3

https://www.facebook.com/photo.php?fbid=815702064258736&set=pb.100
074568485970.-2207520000&type=3

https://www.facebook.com/photo.php?fbid=815702180925391&set=pb.100
074568485970.-2207520000&type=3

13.)   These weblinks from Facebook prove that the plaintiff won an **NAACP scholarship in the early 1990's** and the plaintiff also won 2nd place in the Washington, DC science fair from the **National Institute of Arthritis and Musculoskeletal Diseases (NIAMS)** under the National Institutes of Health (NIH)

https://www.facebook.com/photo/?fbid=815809540914655&set=pb.100074
568485970.-2207520000

https://www.facebook.com/photo.php?fbid=815810200914589&set=pb.100
074568485970.-2207520000&type=3

14.)    These weblinks from Facebook prove that the plaintiff's father RCE
played steel pan music for **Robert F. Kennedy, i.e. the father of the
current HHS director**.
https://www.facebook.com/photo.php?fbid=815701670925442&set=pb.100
074568485970.-2207520000&type=3

15.)    Nevertheless, before the Big Bang, all four forces were unified in a
parallel universe perhaps in a white hole involving an extra 6 ir 7 spatial
dimensions in addition to **Minkowski spacetime** (3 spatial dimensions and
one time dimension).

16.)    After the BIg Bang, all four forces were separated as in **gravitational,
strong** (fusion), **weak** (fission), and **electromagnetic force**.

17.)    When the universe was first cooling down, the electrons were being
captured by the nuclei and released the **cosmic microwave background
radiation (CMBR)**.

18.)    At first the universe was opaque to this cosmic microwave background
radiation, but then the universe became transparent to this cosmic
microwave background radiation when the atoms being neutral in terms of
electronegativity.

19.)    The cosmic microwave background radiation was discovered in 1965 at
Bell Laboratories in Homedell, New Jersey by both **Arno Penzias (AP) and
Robert Wilson (RW)** who were both awarded the Nobel prize for their
discovery which they first thought were pigeon droppings.

20.)    This year in 2025, the plaintiff has been trying to obtain a **design patent
or utility patent** for three groundbreaking and novel ideas related to
quantum mechanics, astrophysics, special relativity, and general relativity
and to a lesser extent, biomedical engineering and electrical engineering.

21.)    The first idea is that black holes are connected to white holes by
wormholes or **Einstein-Roden bridges**.

22.) The second idea is that all four forces are unified at the gravitational singularity if the supermassive black hole in the region of Sagittarius A* at the **active galactic nucleus (AGN) of the Milky Way Galaxy** which is a barred spiral galaxy in the Local Group (LG) along with Andromeda (Messier 31), Large Magellanic Cloud (LMC), Small Magellanic Cloud (SMC) which are irregular dwarf galaxies in the Hubble Sequence and/or Galaxy Morphological Scheme.

23.) The third idea is that the combination of black holes, white holes, and wormholes is shaped like a **Calabi-Yau Manifold** involving an extra 6 or 7 spatial dimensions in addition to Minkowski spacetime (3 spatial dimensions and one time dimension)

## II.) PARTIES TO THIS LITIGATION

24.) The plaintiff is an indigent, disabled, and unemployed resident of the state of Nevada and Maryland. His current mailing address is 5108 Cornelias Prospect Drive, Bowie, Maryland 20720. His cell phone number is currently (703)936-3043 and his primary email address is einsteinrockstar2@outlook.com.

25.) The first defendant is the journalist Erin Burnett Outfront of Cable News Network (CNN) Perhaps "Madame President,"  )

26.) The second defendant is The Hypothetical Erin Burnett for President 2028 Campaign,

27.) The third defendant is Volodomyr Zelenskyy (President of Ukraine),

28.) The fourth defendant is Estate of Alexei Navalny,

29.) The fifth defendant is Maria Cherniavska of Warsaw, Poland,

30.) The sixth defendant is Darya Ignateva of Kyiv, Ukraine,

31.) The seventh defendant is Kateryna Olokoba of Kherson, Ukraine,

32.) The eighth defendant is International Court of Justice of the Hague, Netherlands

33.) The ninth defendant is Rachel Barreiro Garcia (RBG) of Madrid, Spain,

34.) The eleventh defendant is Estate of Ruth Bader Ginsburg (RBG), former Supreme Court justice of United States Supreme Court

35.) The twelfth defendant is Sabine Aisha Jules of Fort Lauderdale, Florida,

36.)   The thirteenth defendants is Yanick Rachel Emrit,

37.)   The fourteenth defendant is Edna Carrasco of Panama City, Panama

38.)   The fifteenth defendant is Ana Gomez of Medellin, Colombia,

39.)   The sixteenth defendant is Alina Alvarez of Madrid, Spain

40.)   The seventeenth defendant is Marena Linares of Tenerife in the Canary Islands

## III.) JURISDICTION AND VENUE

41.)   According to **Federal Rules of Civil Procedure 8(a)(1)**, Plaintiff is required to provide "a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;"

42.)   Because the court does not already have personal or subject matter jurisdiction over this issue, it is necessary to engage in a brief discussion of the court's jurisdiction so that the defendants can not move to dismiss this case based on procedural grounds involving a lack of proper jurisdiction.

43.)   Pursuant to **28 U.S.C.A. Section 1332**, the U.S. District Court for the District of New Jersey (as an Article III court) has jurisdiction over this matter because there is complete diversity of jurisdiction between the Plaintiff and the four defendants given that the plaintiff lives in Sarasota, Florida and no longer in Fort Worth, Texas.

44.)   As an **Article III court**, the U.S. District Court for the District of New Jersey also has subject matter jurisdiction over the present case at bar because this proceeding involves a discussion of Title VII of the Civil Rights Act of 1964, Americans with Disabilities Act of 1990, Equal Protection Clause, Due Process Clause, Fourth Amendment, and Privileges and Immunities Clause.

45.)   Therefore, a federal question is presented by the implication of the black-letter law of the aforementioned federal statutes in addition to the discussion of Constitutional Law provisions.

46.)   Venue in this jurisdiction is also proper pursuant to 28 U.S.C.A. Sections 1391 and 1400.

47.)   Because the amount in controversy does not exceeds $75,000 (i.e. $0 is

less than $75,000), this court does not have jurisdiction based on the amount in controversy.

## IV.) STATEMENT OF FACTS

48.)  The plaintiff met the defendant Sabine Aisha Jules at the **Samba Room off of Las Olas Boulevard in Fort Lauderdale, Florida**.

49.)  The plaintiff was introduced to Sabine Aisha Jules by his cousin Rhonda Sinondon who now lives in **Fayetteville, North Carolina close to Fort Bragg (Special Forces)** and **Pope AFB**.

50.)  Apparently, Rhonda Sinondon attended nursing school at **Broward Community College (BCC)** in Fort Lauderdale along with Sabine Aisha Jules who is now a registered nurse (RN) as Kelly Jean Sabatino is a nurse who was in the music video for **"There She Goes Again" at Brown University** directed by Indrayudh Shome who won an award an Hong Kong for his amazing work as a videographer and/or music video producer from Brown University like the plaintiff's former promoters Thomas Hart and Stanley "Skip" Kelly of **On the Potomac in Washington, DC** and Thomas Hart was the attorney for both LL Cool J (James Todd Smith) and Gloria Estefan at Holland and Knight off of Pennsylvania Avenue in Washington, DC..

51.)  The plaintiff got into an argument with defendant Sabine Aisha Jules at the Hooters restaurant in Fort Lauderdale at the corner of **A1A and Las Olas Boulevard** not far from the **Quarterdeck Grill (QG)** where the plaintiff also went to a restaurant with defendant Sabine Aisha Jules and was reading a document from **Screen Actors' Guild (SAG)** in a notebook binder having something to do with a "ghost" and **Ogmios from Celtic legend in Great Britain**.

52.)  The Hooters restaurant at A1A and Las Olas in Fort Lauderdale by the beach has something to do with **cancer cells, oncogenes, retroviruses, and doll eyes (oo)** referring to the movie "Annabelle" in the Conjuring series scarring both **Patrick Wilson and Vera Farmiga as "The Warrens"** as experts in demonology and witchcraft.

53.)  This Hooters restaurant is also connected to the Hoover Dam in Nevada dividing Arizona from Nevada which was where Salma Hayek gave birth in the movie "Fools Rush In" starring Matthew Perry connected to the

**Matthew Perry Courthouse in Columbia, South Carolina** where the Magistrate Judge Shiva Hodges (SH) presides over a similar case that the plaintiff has against Erin Burnett of CNN for defamation (libel and slander).

54.) The journalist by the name of <u>**Margaret Hoover (MH) has the same initials as Mya Harrison (MH) of Greenbelt, Maryland**</u> who attended Eleanor Roosevelt High School in Greenbelt, Maryland and who appeared at a Northeasterners event at **Martin's Crosswinds in Greenbelt, Maryland** where the plaintiff took the 2004 Maryland state bar examination and saw his former classmate **Elaine Orozco (EO) from the Philippines** who attended **Cannon Road elementary school off of New Hampshire Avenue in Silver Spring, Maryland.**

55.) Accordingly, the plaintiff believes that the phrase <u>**"electron orbitals"(EO) is connected to Elaine Orozco and the movie "Captain EO" at the Epcot Center in Orlando, Florida**</u> featuring Michael Jackson in which the audience had to wear 3-d glasses to watch this Michael Jackson movie "Captain EO."

56.) The electron orbitals (EO) are referred to as **Sommerfield orbitals (s,p,d,f)** and are in the form of an electron wave even though electrons have a wave-particle duality.

57.) The electrons in orbit obey the laws of quantum mechanics as opposed to classical mechanics which means that the electrons do not "crash" or collide with the nucleus unless there is something referred to as electron capture whereby a proton captures an electron and becomes a neutron discovered by **James Chadwick**.

58.) According to the concept of **Larmor frequency and/or power,** an accelerating electron should release a photon and move to a lower energy state that is quantized in discrete and specific amounts in which the lowest state is the 1s orbital as the ground state and the highest energy state of electrons would be the valence electrons as in the 6s orbital for the element **cesium which has an atomic number of 55** and is referred to as atomic clocks in **GPS satellites or Global Positioning System** (in geostationary or geosynchronous orbit above the equator) which experience a travel to the future by a fraction of a second as clocks tick slower in higher gravity which means that clocks tick faster in less gravity at **International Space Station (ISS)** for example according to Einstein's laws of special relativity in which

space and time are the same entity.

59.)    However, the electron does not release a photon or lose energy even though it it changing its position around the nucleus when it orbits according to idea of **Larmor frequency or power**.

60.)    Because the plaintiff is a supporter of President Donald J. Trump and is a Presidential Candidate with the number of **P60005535** provided by the Federal Election Commission (FEC) on Constitution Avenue in Washington, DC, he argues that he has standing, causation, and redressability to bring this lawsuit as an ardent and avid Trump supporter.

61.)    About ten years ago, the plaintiff heard Erin Burnett of CNN refer to Riley Curry as the daughter of Steph and Ayeshia Curry as being "annoying."

62.)    When a ***white women who is a journalist refers to a black girl as being annoying*** , that can be viewed as being a racist comment like Don Imus refer to black basketball players as being "nappy-headed."

63.)    While the **Federal Communications Commission (FCC) and CNN overlooked this racist comment by Erin Burnett of CNN** and decided not to apologize or change their programming, the plaintiff argues that it is more effective to bring a lawsuit rather than complain to the FCC or CNN neither of which control the federal judiciary.

64.)    The statute of limitations probably ran out regarding any ability to complain about comments made ten years ago referring to Riley Curry as annoying, and so **the statute of limitations could be raised as an affirmative defense**.

65.)    However, even after making these controversial comments about ten years ago, now it appears as if Erin Burnett of CNN is defaming both President William Jefferson Clinton and Donald John Trump by insinuating that the both of them are on a client list maintained by either Jeffrey Epstein or Ghislain Maxwell.

66.)    The defendant Erin Burnett of CNN apparently interviews the Ukrainian president Volodymy Zelneskyy without realizing that **Riley Curry as a black American woman is more important to America and Americans than the Ukrainian president**.

67.) Regarding a separate **transaction or occurrence (t/o)**, the plaintiff was in communication with someone named Maria Cherniavska who deactivated her Whatsapp account earlier this year.

68.) Back in the year 2022, the plaintiff sent about 300 Euros through a company d/b/a WISE to the **International Banking Account Number (IBAN)** of Maria Cherniavska in a **SWIFT transaction** so that the Ukrainian military could transport her from Kharkiv, Ukraine to Warsaw, Poland.

69.) Also in the year 2022, the plaintiff began communicating with Darya Ignateva of Kyiv, Ukraine who apparently refers to herself as a dentist but could perhaps be **artificial intelligence (AI)**.

70.) Nevertheless, the plaintiff argues that the first defendant Erin Burnett of CNN spends way too much time covering stories about Alexei Navalny and Volodymyr Zelenskyy when CNN should be focused on stories featuring African-Americans.

## V.) COUNT ONE: DEFAMATION (LIBEL AND SLANDER)

71.) The defendants Erin Burnett has defamed both Presidents William Jefferson Clinton and Donald J. Trump by insinuating that the both of them are on a client list provided by either Jeffrey Epstein or his accomplice Ghislain Maxwell.

72.) Defamation can be committed both in the form of spoken word (slander) or written word (libel).

73.) The standard has traditionally been a "knowing falsity and reckless disregard for the truth" from the stare decisis and/or common law holdings of ***New York Times v. Sullivan*** and ***Hustler v. Falwell***.

74.) As such, the standard to prove a case for defamation involves the standard of actual malice for public figures whereby politicians and journalists are both public figures in the 24-hour news cycle and not merely limited public figures which has a lower standard or burden of proof and/or persuasion from the plaintiff's side.

75.) The landmark case known as the "Pentagon Papers Case", i.e. ***New York Times v. United States*** involved the concept of prior restraint as an injunction precluding and/or enjoying the publications from exercising their

freedom of the press of freedom of speech in terms of stories about the
Vietnam War.

76.)    This involved the concept of an equitable remedy as opposed to punitive,
compensatory, and/or treble damages.

## VI.) COUNT TWO: INVASION OF PRIVACY THROUGH FALSE LIGHT

77.)    The defendant Erin Burnett of CNN has committed the tort of the
invasion of privacy through false light by insinuating that both Presidents
William Jefferson Clinton and Donald J. Trump are on the client list
provided by either Jeffrey Epstein or Ghislain Maxwell.

78.)    The tort of the invasion of privacy through false light is substantially
similar to that of the dignitary tort of defamation which could be slander per
se, slander per quod, libel per se, or libel per quod.

79.)    The freedom of speech regarding some of these ideas was involved in
cases in the early 1900s such as ***Abrams v. United States, Dennis v. United
States, Gitlow v. New York, Chaplinsky v. New Hampshire*** in which many
of these cases involved the Alien and Sedition Acts, Espionage Act of 1917,
and/or The Smith Act especially involving the presidency of Woodrow
Wilson during World War I who was awarded the Nobel Peace Prize and
known for his Fourteen Points.

## VII.) COUNT THREE: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (IIED)

80.)    The defendant Erin Burnett of CNN has committed extreme and
outrageous conduct by insinuating that both Presidents William Jefferson
Clinton and Donald J. Trump are on this client list provided by either Jeffrey
Epstein o Ghislain Maxwell.

81.)    The plaintiff argues that all supporters of Donald J. Trump are negatively
affected in terms of the media's relentless and nonstop coverage of this
defamatory publications about both Jeffrey Epstein and Ghislain Maxwell.

82.)    As such, perhaps the doctrine of transferred intent would be an
appropriate argument to establish that supporters of Donald J.Ttrump and

William Jefferson Clinton would have standing, causation, and redressability to bring a case that they have also been negatively affected by the media's relentless defamation of their hero President Donald. J. Trump.

83.)    The defendant Maria Cherniavska of Warsaw, Poland has committed the intentional infliction of emotional distress IIED by deactivating her Whatsapp account without informing the plaintiff.

## VI.) PRAYER FOR RELIEF

WHEREFORE, the plaintiff is not any seeking punitive, compensatory, and treble damages through joint and several liability whereby the defendants would presumably seek contribution and indemnity from each other through the filing of cross-claims.  The plaintiff is also seeking the equitable remedy of an injunction and/or declaratory judgment.  In asserting this "prayer for relief," the plaintiff states, avers, and alleges the following:

A.) Pursuant to **Rule 57 of Federal Rules of Civil Procedure (FRCP)**, the plaintiff is seeking a declaratory judgment declaring that the comments by Erin Burnett and CNN through vicarious liability and/or doctrine of respondeat superior are defamatory, libelous, and slanderous towards President Donald J. trump as the plaintiff is a supporter of President Donald J Trump.

B.) Pursuant to **Rule 65 of Federal Rules of Civil Procedure (FRCP)**, the plaintiff is seeking a preliminary injunction precluding and/or enjoining CNN or any of its employees from defaming President Donald J. Trump with false, libelous, or slanderous material.

C.) Since the plaintiff is not seeking punitive, compensatory, or treble damages for the commission of the dignitary tory of defamation (libel and/or slander), the plaintiff is also seeking an injunction requiring that CNN apologize for the racist and condescending comments towards Riley Curry as the daughter of Steph and Ayeshia Curry.

D.) If the issue of venue and/or forum non conveniens is relevant, the plaintiff respectfully requests that this case not be transferred to USA District Court of Maryland pursuant to **28 U.S.C. Section 1406** to have this case presided over by the "Abrego Garcia judges" who have been on the wrong side of due process and habeas corpus rights in which USA Supreme Court at One First Street, NE Washington, DC 20543 said that the return of Abrego Garcia must eb facilitated by the current administration.

Respectfully submitted,

Ronald Satish Emrit

6655 38th Lane East

Sarasota, Florida 34243

(703)936-3043

einsteinrockstar@hotmail.com

einsteinrockstar2@outlook.com



Exhibit A





Exhibit B

11/2/25, 7:00 PM