UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

PRESIDENTIAL CANDIDATE NUMBER P60005535
AKA RONALD SATISH EMRIT, PRESIDENTIAL
COMMITTEE/POLITICAL ACTION COMMITTEE/
SEPARATE SEGREGATED FUND NUMBER C00569897,
D/B/A UNITED EMRITS OF AMERICA

    v.

ERIN BURNETT OUTFRONT OF CABLE NEWS
NETWORK (CNN), THE HYPOTHETICAL ERIN
BURNETT FOR PRESIDENT 2028 CAMPAIGN,
VOLODOMYR ZELENSKYY, ESTATE OF ALEXEI
NAVALNY, MARIA CHEMIAVSKA, DARYA IGNATEVA,
KATERYNA OLOKOBA, INTERNATIONAL COURT
OF JUSTICE OF THE HAGUE, RACHEL BARREIRO
GARCIA, ESTATE OF RUTH BADER GINSBURG, SABINE
AISHA JULES, YANICK RACHEL EMRIT, EDNA
CARRASCO, ANA GOMEZ, ALINA ALVAREZ, MARENA
LINARES, ADRIANA FRANCESCA LIMA

Case No. 25-cv-450-JL-TSM

ORDER

    Plaintiffs filed a Notice of Appeal to the Second Circuit (Doc. No. 4), which the court construes as an objection to the Report and Recommendation dated November 17, 2025. After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated November 17, 2025. For the reasons explained therein, this case is dismissed.

    The clerk shall enter judgement and close this case accordingly.

                                                          _____
                                                          Joseph N. Laplante
                                                          United States District Judge

Date: December 8, 2025

cc: Ronald Satish Emrit, pro se & on behalf of:
    Presidential Candidate Number P60005535
    Presidential Committee/Political Action Committee/
    Separate Segregated Fund Number C00569897
    United Emrits of America